**B1 (Official Form 1) (12/07)**

| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Dennis E. Warner** | Name of Joint Debtor (Spouse) (Last, First, Middle): **none** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names). **none** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): **1072** | Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**3025 Churchill Dr.**<br>**Madison, WI 53711**     ZIP CODE **53711** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business: **Dane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 45135**<br>**Madison, WI 53744**     ZIP CODE **53744** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [X] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**     N/A

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/07)                                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    N/A | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor    **Sandra L. Warner** | Case Number:    **06-11408** | Date Filed:    **6/28/06** |
| District:    **Western District of Wisconsin** | Relationship:    **former wife** | Judge:    **Utschig** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>**N/A**<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  /s/Kenneth J. Doran                        2/3/09<br>        Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (10/06)                                                    Form B1, Page 3

EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT
          COUNSELING REQUIREMENT

1. Within the 180 days before the filing of my bankruptcy case, I received
a briefing from a credit counseling agency approved by the United States
trustee or bankruptcy administrator that outlined the opportunities for
available credit counseling and assisted me in performing a related budget
analysis, and I have a certificate from the agency describing the services
provided to me.  A copy of the certificate and any debt repayment plan
developed through the agency is filed of even date herewith.

I declare under penalty of perjury that the information provided in
this petition, consisting of this and the preceding pages, is true and
correct.

I am aware that I may proceed under chapter 7, 11, 12, or 13 of Title 11,
U.S. Code, and understand the relief available under each such chapter and
choose to proceed under the chapter stated in the petition.  I have
obtained and read the notice required by 11 U.S.C. §342(6).

I request relief in accordance with the chapter of the Bankruptcy Code
specified in the petition.

February 3, 2010          _Dennis Warner_____
                          Dennis E. Warner

                          SIGNATURE OF ATTORNEY*

February 3, 2010          /s/Kenneth J. Doran_____
                          Kenneth J. Doran
                          Doran Law Offices
                          2101 Fox Avenue
                          Madison, WI  53711-1920
                          (608) 255-2409

*In a case in which Sec 707(b)(4)(D) applies, this signature also constitutes a  certification that the attorney has no
knowledge after an inquiry that the information in the schedules is incorrect. Penalty for making a false statement or
concealing property: fine of up to $500 or imprisonment for up to 5 years or both.

Petitioner: Dennis E. Warner    Case No. ____


United States Bankruptcy Court for the Western District of Wisconsin

Summary of Schedules

| Name of Schedule | Attached | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A. Real property | yes | 1 | $     0 | ############ | ############ |
| | | | | ############ | ############ |
| | | | | ############ | ############ |
| B. Personal property | yes | 2 | $  6,261.35 | ############ | ############ |
| | | | | ############ | ############ |
| | | | | ############ | ############ |
| C. Property claimed as exempt | yes | 1 | ############ | ############ | ############ |
| | | | ############ | ############ | ############ |
| | | | ############ | | ############ |
| D. Creditors holding secured claims | yes | 1 | ############ | $     0 | ############ |
| | | | ############ | | ############ |
| | | | ############ | | ############ |
| E. Creditors holding unsecured priority claims | yes | 1 | ############ | $     0 | ############ |
| | | | ############ | | ############ |
| | | | ############ | | ############ |
| F. Creditors holding unsecured non-priority claims | yes | 5 | ############ | $ 195,268.63 | ############ |
| | | | ############ | | ############ |
| | | | ############ | | ############ |
| G. Executory contracts and unexpired leases | yes | 1 | ############ | ############ | ############ |
| | | | ############ | ############ | ############ |
| | | | ############ | ############ | ############ |
| H. Co-debtors | yes | 1 | ############ | ############ | ############ |
| | | | ############ | ############ | ############ |
| | | | ############ | ############ | |
| I. Current income of individual debtor | yes | 1 | ############ | ############ | $ 1,680.04 |
| | | | ############ | ############ | |
| | | | ############ | ############ | |
| J. Current expenditures of individual debtor | yes | 1 | ############ | ############ | $ 1,680.00 |
| | | | ############ | ############ | |
| | | | ############ | ############ | |
| K. Current monthly income from Form 22 | yes | 1 | ############ | ############ | $ 2,324.41 |
| | | | ############ | ############ | |
| | | | ############ | ############ | |
| Total sheets 15 | | | ############ | ############ | ############ |
| | | | ############ | ############ | ############ |
| | | | | ############ | ############ |
| Total assets | | | $  6,261.35 | ############ | ############ |


Total liabilities    $ 195,268.63

Petitioner: Dennis E. Warner    Case No. _____

STATISTICAL SUMMARY OF CERTAIN LIABILITIES/RELATED DATA (28 USC 159)

This information is for statistical purposes only under 28 U.S.C.
Summarize the following types of liabilities, as reported in the
Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Sch. E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0 |
| Student Loan Obligations (from Sch. F) Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 0 |

State the following:

Average Income (from Schedule I.16)      $ 1,680.04

Average Expenses (from Schedule J.18)    $ 1,680.00

Current Monthly Income (from Form       $ 2,324.41
22A Line 12; OR, Form 22B Line
11; OR, Form 22C Line 20)

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $195,268.63 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $195,268.63 |

Petitioner: Dennis E. Warner    Case No. _____

## SCHEDULE A --  REAL PROPERTY

| Description | Nature of petitioner's interest | Value | Approx. total liens (see Sch. D) |
|---|---|---|---|

None

Petitioner: Dennis E. Warner    Case No. ____

SCHEDULE B -- PERSONAL PROPERTY

1. Cash on hand   .   .   .   .   .   .   .   .   .   $    150.00

2. Checking and savings accounts, CD's or similar accts.  $    386.35
        Associated Bank checking  $396.35   1/12/10

3. Security deposits with landlord, utilities, etc.   .  $     0

4. Household goods and furnishings   .   .   .   .   .  $    375.00
        tv, $100; gas grill, $25; lawn mower, $50;
        computer, $200

5. Books, pictures, artwork, antiques, collections   .  $    100.00

6. Wearing apparel   .   .   .   .   .   .   .   .   .  $    500.00

7. Furs and jewelry   .   .   .   .   .   .   .   .   .  $     50.00

8. Firearms and sports, photographic, and hobby equipment $    100.00

9. Interests in insurance policies   .   .   .   .   .  $     0

10. Annuities   .   .   .   .   .   .   .   .   .   .  $     0

11. Education IRA or similar account   .   .   .   .   .  $     0

12. Other pension, IRA, Keough, profit sharing plans, etc. $     0

13. Stocks and interests in corporations or businesses .  $     0

14. Interests in partnerships or joint ventures   .   .  $     0

15. Government or corporate bonds and other instruments   $     0

16. Accounts receivable   .   .   .   .   .   .   .   .  $     0

17. Alimony, support, property settlement from divorce .  $     0

18. Tax refunds or other liquidated debts (estimated)  .  $    500.00

19. Equitable or future interests or life estates, etc.   $     0

20. Interests in estate of decedent, life insurance, etc. $     0

21. Other contingent and unliquidated claims, setoffs, etc.$     0

22. Patents, copyrights, or other intellectual property   $     0

23. Licenses, franchises and general intangibles   .   .  $     0

24. Customer lists or similar business records .   .   .  $     0

Petitioner: Dennis E. Warner    Case No. ____

| | | |
|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles  . | $ | 3,500.00 |
|     2004 Saturn | | |
| 26. Boats, motors, and accessories   .   .   .   .   . | $ | 0 |
| 27. Aircraft and accessories   .   .   .   .   .   . | $ | 0 |
| 28. Office equipment, furnishings, and supplies   .   . | $ | 100.00 |
| 29. Business machinery, fixtures, furnishings and supplies | $ | 500.00 |
| 30. Inventory  .   .   .   .   .   .   .   .   .   . | $ | 0 |
| 31. Animals with monetary value   .   .   .   .   . | $ | 0 |
| 32. Crops growing or harvested   .   .   .   .   . | $ | 0 |
| 33. Farming equipment and implements   .   .   .   . | $ | 0 |
| 34. Farming supplies, chemicals and feed   .   .   . | $ | 0 |
| 35. Other personal property of any kind not already listed | $ | 0 |
| Total | $ | 6,261.35 |

Petitioner: Dennis E. Warner     Case No. _____

SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

   The petitioner elects the federal exemptions pursuant to 11 U.S.C.
522(b)(2).
   All property is located at the petitioner's residence and kept for
personal or household use, unless stated or implied otherwise.
   Values of property as stated in Schedules A and B are incorporated by
reference.
   All legal exemptions within the above election are claimed, whether
or not enumerated.  Some property may be exempt under more than one
provision, and the petitioner claim any benefit arising from such
alternative exemptions.
   Petitioner claims all scheduled assets and all of petitioner's
interest in such assets exempt.  Particularly, and not by way of
limitation, if the Amount Claimed below is equal to or greater than
the value of the asset as stated in Schedules A and B; or if it is
greater than petitioner's equity in such asset as shown by Schedules
A, B, and D, then the petitioner claims the asset entirely exempt for
the purposes of the rule of *Taylor v. Freeland & Kronz*, 503 U.S. 638,
112 S. Ct. 1644 (1992).

| Property | Statute 11 U.S.C. 522(d)--- | Amount Claimed |
|---|---|---|
| All property shown in Schedule B, 4.-8. | (3) | $   1,125.00 |
| cash and accounts | (1)&(5) | $     536.35 |
| 2004 Saturn | (2) | $   3,225.00 |
|  | (1)&(5) | $     275.00 |
| estimated tax refunds | (1)&(5) | $     500.00 |
| tools of trade | (6) | $     600.00 |
| Any additional property or equity in above property that may exist | (1)&(5)   $10,163.65 | |
| | Total claimed exempt | $   6,261.35 |

Petitioner:  Dennis E. Warner     Page 1

Schedule D -- Creditors Holding Security
and Statement of Intention

    The following creditors apparently hold security; security is not
hereby conceded.  Subject to further examination, the petitioner does
not believe that any claim is contingent, unliquidated, or disputed
unless so stated.  The unsecured portion of each claim is the amount
of the claim less collateral values, unless otherwise indicated.  As to
claims secured by personalty, the petitioner's intention is to reaffirm
unless otherwise indicated.  All statements of intention are dependent
on the creditor asserting and documenting the existence, validity and
amount of a security interest for which a statement is required; and
upon agreement on mutually acceptable terms .  The petitioner reserves
the right to invoke any applicable lien avoidance provision.

Creditor                        Collateral, value      Amount of Claim

    None                                               $ 0

Petitioner:  Dennis E. Warner     Page 2

## Schedule E -- Creditors Having Priority

     The following creditors apparently hold priority claims; priority
is not hereby conceded.  The nature of the claim is taxes or tax
penalty unless otherwise indicated.  Subject to further examination,
the petitioner does not believe any claim is contingent, unliquidated,
or disputed unless so stated.  Unless otherwise stated and subject
to the above, the apparent priority applies to the entire claim.

Creditor                                          Amount of Claim
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
1.          Acct. No.
Warner, Sandra L.              child support      notice only
2812 Cimarron Trail,
PO Box 44721
Madison,  WI  53719

        no arrearage

Petitioner:  Dennis E. Warner    Case No. ____

Schedule F -- Unsecured Claims Without Priority              Page 1

Creditor                Consideration      Date Incurred    Amount of Claim

       Subject to further examination, the petitioner does not believe
any claim is contingent, unliquidated, disputed or subject to setoff
unless so indicated.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
1.         Acct. No.
Advanta Bank Corp.                       credit card        $18,472.44
P. O. Box 8088
Philadelphia, PA  19101-8088


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
2.         Acct. No.
Associated Recovery                                  duplicate
P. O. Box 469046
Escondido, CA  92046-9046


    Agent for Dell
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
3.         Acct. No. --1127
Bank of America                                       $14,787.59
c/o Weltman Wienberg & Reis
1755 S. 3rd St. Suite 900
Columbus, OH  43215


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4.         Acct. No. --9880
Bank of America                                       $22,542.22
c/o Capital Management Services
726 Exchange St. 700
Buffalo, NY  14210


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
5.         Acct. No.
Bank of America                          credit card        $18,463.83
P. O. Box 650260
Dallas, TX  75265


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
6.         Acct. No.
Chase Bank                               credit card        $12,586.00
c/o Creditors Financial
P. O. Box 440290
Aurora, CO  80044-0290                          2006


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
7.         Acct. No.
Chase Bank                               credit card        $12,586.00
P. O. Box 94014
Palatine, IL  60094-4014

Petitioner:  Dennis E. Warner    Case No.  ____

Schedule F -- Unsecured Claims Without Priority                Page 2

| Creditor | Consideration | Date Incurred | Amount of Claim |
|---|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

8.          Acct. No.
City Bank                              credit card        $12,810.60
P. O. Box 469100
Escondido, CA  92046-9100

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

9.          Acct. No.
Creditors Financial Group                               notice only
P. O. Box 440290
Aurora, CO  80044-0290

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10.          Acct. No.
Dell Financial Service          loan                $2,778.62
P. O. Box 6403
Carol Stream, IL  60197

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

11.          Acct. No.
Discover Gold Card                     credit card        $5,946.66
P. O. Box 30395
Salt Lake City, UT  84130

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12.          Acct. No.
Federated Financial                                 $14,787.59
c/o Weltman Weinberg
P. O. Box 93596
Cleveland, OH  44101-5596

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

13.          Acct. No.
Federated Financial                               duplicate
P. O. Box 2034
Farmington Hills, MI  48333

    Agent for Advanta
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

14.          Acct. No.
Financial Recovery Service                          duplicate
P. O. Box 385908
Minneapolis, MN  55438-5908

    Agent for GE

Petitioner: Dennis E. Warner   Case No. ____

Schedule F -- Unsecured Claims Without Priority                Page 3

| Creditor | Consideration | Date Incurred | Amount of Claim |
| --- | --- | --- | --- |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15.        Acct. No.
GE Capital                                                        $702.25
165 Lawrence Bell Ste 100
Williamsonville, NY  14231

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

16.        Acct. No.
GE Capital/NCO Financial                                          $654.93
P. O. Box 15740
Wilmington, DE  19850-5740

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17.        Acct. No.
GE Money Bank/Paypal           credit card           $724.48
P. O. Box 981064
El Paso, TX  7990-1064

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

18.        Acct. No.
GMAC Mortgage                  loan              notice only
P. O. Box 780
Waterloo, IA  50704
                                       2006
    Former mortgage
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

19.        Acct. No.
Gray and Associates                                  duplicate
600 N. Broadway
Milwaukee, WI  53202

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

20.        Acct. No.
J.C. Christensen & Assoc. Inc.                       notice only
P. O. Box 519
Sauk Rapids, MN  56379

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

21.        Acct. No.
JC Penney                      credit card           $1,201.54
P. O. Box 960001
Orlando, FL  32896

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

22.        Acct. No.
Kohls                          credit card           $985.51
P. O. Box 2983
Milwaukee, WI  53201

Petitioner:  Dennis E. Warner    Case No.  ____

Schedule F -- Unsecured Claims Without Priority              Page 4

| Creditor | Consideration | Date Incurred | Amount of Claim |
| --- | --- | --- | --- |
| 23.          Acct. No. | | | |
| Kohn Law Office | | | duplicate |
| 312 E. Wisconsin Ave. 501 | | | |
| Milwaukee, WI  53202 | | | |
| Agent for Discover | | | |
| 24.          Acct. No. | | | |
| Legal Recoveries | | | duplicate |
| 100 W. Washington 5th Fl. | | | |
| Phoenix, AZ  85003 | | | |
| Agent for Wells Fargo | | | |
| 25.          Acct. No. | | | |
| LNV Funding LLC | | | duplicate |
| Redline Recovery | | | |
| 2350 N. Forest Rd. 31B | | | |
| Getzville, NY  14068 | | | |
| 26.          Acct. No. | | | |
| LNVC Funding | | | $971.86 |
| P. O. Box 15630 | | | |
| Wilmington, DE  19850 | | | |
| 27.          Acct. No. | | | |
| Midland Credit Management | | | duplicate |
| P. O. Box 60578 | | | |
| Los Angeles, CA  90060-0578 | | | |
| Agent for Bank of America | | | |
| 28.          Acct. No. | | | |
| Rausch Sturm Israel | | | duplicate |
| 2448 S. 102nd St. 210 | | | |
| Milwaukee, WI  53227 | | | |
| Agent for City Bank | | | |
| 29.          Acct. No. | | | |
| Robb Law Office | services | | $6,264.25 |
| P. O. Box 635 | | | |
| Richland Center, WI  53581 | | | |

Petitioner:  Dennis E. Warner    Case No. _____

Schedule F -- Unsecured Claims Without Priority            Page 5

| Creditor | Consideration | Date Incurred | Amount of Claim |
|---|---|---|---|
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

30.         Acct. No.
Sentry Credit, Inc.                                       duplicate
2809 Grand Ave.
Everett, WA  98201

    Agent for GE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

31.         Acct. No.
SPS                                                       duplicate
P. O. Box 65250
Salt Lake City, UT  84165

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

32.         Acct. No.
Verizon Wireless                                          $234.30
c/o Bureau of Collection
7575 Corporate Way
Eden Prairie, MN  55344

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

33.         Acct. No.
WE Energies                       utility service         $785.43
333 Bishops Way 100
Brookfield, WI  53005

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

34.         Acct. No.
Wells Fargo                                               $46,982.53
P. O. Box 7487
Boise, ID  83707


              Total for Schedule F                        _____
                                                          $195,268.63


     Total liabilities, Schedules D, E, F                 $195,268.63

     Total creditors (excluding duplicates), Sched. D, E, F        20

Petitioner: Dennis E. Warner     Case No. _____

**SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

All provisions under any executory contract or unexpired lease
related to choice of law, venue or arbitration are hereby rejected.

<u>Name and address of other party</u>   | <u>Description of contract</u>

None

**Petitioner: Dennis E. Warner   Case No. _____**

**SCHEDULE H -- CODEBTORS**

| **Name and address of codebtor** | **Name and address of creditor** |
|---|---|

**None**

Petitioner: Dennis E. Warner    Case No. _____

SCHEDULE I --CURRENT INCOME OF INDIVIDUAL DEBTOR

   Marital status:       Not married

   Dependents:   <u>Age</u>              <u>Relationship</u>

                 11                son


   Occupation or job title       unemployed

   Employer
   Employer's address


   How long employed there

   How often are you paid?

   Monthly gross              $           0
   Estimated overtime         $

   SUBTOTAL                   $           0

   Deductions

   Payroll taxes, social security   $
   Insurance                  $
   Union dues                 $
   Other: _____    $

   SUBTOTAL OF PAYROLL DEDUCTIONS   $        0

   TOTAL NET MONTHLY TAKEHOME PAY   $        0

   Other income (per month):

   Other job or jobs          $           0
   Business or farm income    $           0
   Real property income       $           0
   Interest and dividends     $           0
   Alimony or child support   $           0
   Social security            $           0
   Pension or retirement income   $        0
   Unemployment compensation  $       1,680.04

   TOTAL MONTHLY INCOME       $       1,680.04


Describe any increase or decrease in income reasonably anticipated
to occur within the year following the filing of this document.
      None

                Doran Law Offices      2101 Fox Avenue      Madison, WI  53711-1920      (608) 255-2409

Petitioner: Dennis E. Warner    Case No. _____

SCHEDULE J -- Current Expenditures

| | | |
|---|---|---|
| 1.  Rent or mortgage. | $ | 300.00 |
|     includes real estate tax?   yes       insurance?   no | | |
| 2.  a. Utilities-- Electricity and heat. | $ | 20.00 |
|     b. Water and sewer | $ | 0 |
|     c. Telephone | $ | 110.00 |
|     d. Cable TV | $ | 55.00 |
|     e. Other utility | $ | 0 |
| 3.  Home repairs and upkeep | $ | 0 |
| 4.  Food. | $ | 300.00 |
| 5.  Clothing. | $ | 50.00 |
| 6.  Laundry and cleaning. | $ | 15.00 |
| 7.  Medical and dental expenses | $ | 50.00 |
| 8.  Transportation (other than car payment) | $ | 300.00 |
| 9.  Recreation, entertainment, newspapers and magazines . | $ | 100.00 |
| 10. Charitable contributions. | $ | 0 |
| 11. Insurance (not paid through mortgage or pay deduction) | | |
|     a. Homeowner's or renters | $ | 0 |
|     b. Life | $ | 0 |
|     c. Health | $ | 0 |
|     d. Auto | $ | 60.00 |
|     e. Other. | $ | 0 |
| 12. Taxes (not paid through pay deduction or mortgage) | $ | 0 |
| 13. Installment payments to: | | |
|     Auto: _____ | $ | 0 |
|     _____ | $ | 0 |
|     _____ | $ | 0 |
| 14. Alimony or support | $ | 300.00 |
| 15. Payments for support of additional dependents | | |
|                 not living at debtor's home) | $ | 0 |
| 16. Business expenses (attach itemized list). | $ | 0 |
| 17. Reserve for irregular and unanticipated expenses | $ | 0 |
|     Other: miscellaneous, including cleaning supplies, | | |
|        vacation expenses, birthday gifts, Christmas | | |
|        gifts and grooming expenses | $ | 20.00 |
|     Pet food and supplies | $ | 0 |
|     Other _____ | $ | 0 |
|     Other _____ | $ | 0 |
| 18.              Total: | $ | 1,680.00 |

19. Any increase or decrease in expenditures reasonably
    anticipated to occur within the year following
    the filing of this document None

| | | |
|---|---|---|
| 20. a. Total income from Schedule I | $ | 1,680.04 |
|     b. Expenses from Line 18 above | $ | 1,680.00 |
|     c. Monthly net income (a. minus b.) | $ | 0.04 |

Petitioner: Dennis E. Warner      Case No. _____

## Form 7.  STATEMENT OF FINANCIAL AFFAIRS

    1. **Income from employment or operation of business**   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtors' business from the beginning of this calendar year to the date this case was commenced.   State also the gross amounts received during the two years immediately preceding this calendar year.

| Source | 2010 amount | 2009 amount | 2008 amount |
|---|---|---|---|
| Premiere Communication | | | 11,926.59 |
| DirectSat USA | | 27,893.72 | |

    2. **Income other than from employment or operation of business**   State the amount of income received by the debtors other than from employment, trade, profession, or operation of the debtors' business during the two years immediately preceding the commencement of this case.   Give particulars.

| Source | Amount |
|---|---|
| Unemployment compensation | $776.00 |

    3.a. **Payments to creditors**   a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Creditors addresses and remaining balances appear on schedules D, E or F unless otherwise indicated).

| Name and address of Creditor | Dates of payments | Amount paid | Amount still owing |
|---|---|---|---|

**None**

    3.b.   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  (Creditors addresses and remaining balances appear on schedules D, E or F unless otherwise indicated).

| Name and address of Creditor | Dates of payments | Amount paid | Amount still owing |
|---|---|---|---|

**N/A**

    3.c.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Creditors addresses and remaining balances appear on schedules D, E or F unless otherwise indicated).

| Name and address of Creditor and Relationship to Debtor | Dates of payments | Amount paid | Amount still owing |
|---|---|---|---|

**None**

Petitioner: Dennis E. Warner    Case No. ____

4.a.  Suits and administrative proceedings, executions, garnish-
ments and attachments   a.  List all suits and administrative proceed-
ings to which the debtors are or were parties within one year immedi-
ately preceding the filing of this bankruptcy case.
Caption of suit and case number    nature of proceeding    court or agency and location    status or disposition

**None**

4.b.  Describe all property that has been attached, garnished or
seized under any legal or equitable process within one year immediate-
ly preceding the commencement of this case.
Name and address of person whose benefit property was seized    date of seizure    description and value of property

**None**

5.  **Repossessions, foreclosures and returns**  List all property
that has been repossessed by a creditor, sold at a foreclosure sale, transf-
erred through a deed in lieu of foreclosure or returned to the seller, with-
in one year immediately preceding the commencement of this case.

Name and address of creditor or seller|date|description, value of property

None

6.a.  Assignments and receiverships   a.  Describe any assignment
of property for the benefit of creditors made within 120 days immedi-
ately preceding the commencement of this case.
Name and address of assignee    date of assignment    terms of assignment or settlement

**None**

6.b.  List all property which has been in the hands of a custodi-
an, receiver, or court-appointed official within one year immediately
preceding the commencement of this case.
Name and address of custodian|Name and location of court case title & number|date of order|description and value of property

**None**

7.  **Gifts**  List all gifts or charitable contributions made within
one year immediately preceding the commencement of this case except
ordinary and usual gifts to family members aggregating less than $200
in value per individual family member and charitable contributions
aggregating less than $100 per recipient.
Name and address of person or organization  relationship to debtor. if any    date of gift  description and value of gift

**None**

Petitioner: Dennis E. Warner     Case No. ____

8. <u>Losses</u>  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

Description and value of property  description of circumstances and. if loss          date of loss
                                  was covered by insurance, give particulars
**None**

9. **Payments related to debt counseling or bankruptcy**  List all payments made or property transferred by or on behalf of the debtors to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Name and address of payee|date of payment|name of payor if other than debtor|amount or description and value of property
**To Doran Law Offices, as shown by disclosure of fees on file, which is incorporated by reference**

10.a. **Other transfers**  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.

Name and address of transferee, relationship to debtor   date   describe property transferred and value received

**None**

10.b. List all property transferred within 10 years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary

None

11. <u>Closed financial accounts</u>  List all financial accounts and instruments held in the name of the debtors or for the benefit of the debtors which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

Name and address of institution|type and number of account and amount of final balance|amount and date of sale or closing

**None**

12. **Safe deposit boxes**  List each safe deposit or other box or depository in which the debtors have or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

Name address of bank      names and addresses of those      description of contents      date of transfer or
or other depository       with access to box or depository                              surrender. if any

**None**

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

Petitioner: Dennis E. Warner      Case No. ____

13. <u>Setoffs</u>  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtors within 90 days preceding the commencement of this case.

<u>Name and address of creditor</u>      <u>date of setoff</u>      <u>amount of setoff</u>

**None**

14. **Property held for another person**  List all property owned by another person that the debtors hold or control.
<u>Name and address of owner</u>      <u>description and value of property</u>      <u>location of property</u>

**None**

15. **Prior address of debtor**  If the debtors have moved within the two years immediately preceding the commencement of this case, list all premises which the debtors occupied during that period and vacated prior to the commencement of this case.

<u>Address</u>            <u>name used</u>                    <u>dates of occupancy</u>
3025 Churchill Dr.        **same**                          10/09
Madison, WI  53711

16. **Spouses and Former Spouses**  Identify the name of any debtor's spouse and of any former spouse who has resided with any debtor in Wisconsin or another community/marital property state in the last eight years.

None

17. <u>Environmental Information</u>
     a.  Sites for which governmental notice of possible liability has been received: None
     b.  Sites for which hazardous material report has been given: None
     c.  Judicial or administrative proceedings under environmental law: None

18.-25.  Petitioner is not a corporation or partnership, and has not in the last six years been an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed professional.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs, Schedules A through J and any attachment thereto and that they are true and correct.

February 3, 2010

Dennis E. Warner

Doran Law Offices     2101 Fox Avenue     Madison, WI  53711-1920     (608) 255-2409

Petitioner: Dennis E. Warner    Case No. _____

================================================================

**DISCLOSURE OF COMPENSATION PAID OR PROMISED TO THE ATTORNEY FOR THE DEBTOR**

Pursuant to 11 U.S.C. 329, the undersigned attorney states that the total compensation paid or promised to him for services rendered or to be rendered in connection with this case is as follows.

1.  Paid before the filing of the petition . . . . . . . . . $  1,200.00
    01/08/10  W $199.00
    04/25/08  $1,001.00

2.  Promised to be paid after the filing of the petition. . . $     0

3.  Total fee paid and promised . . . . . . . . . . . . . . . $  1,200.00

Subject to modification if additional services are rendered.

The source of the compensation is the petitioner unless otherwise indicated.  I have not shared or agreed to share any part of such compensation with any person or entity other members or regular associates of my law firm.

/s/Kenneth J. Doran
Kenneth J. Doran

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409